**Elder Deforrorrora LOCUST, Plaintiff–Appellant,**

v.

**James S. PERRY, Defendant–Appellee.**

No. 02–1346.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 25, 2002.

Elder Deforrorrora Locust, Appellant Pro Se. James Stockton Perry, Perry, Perry & Perry, Kinston, North Carolina, for Appellee.

Before LUTTIG, WILKINS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Elder Deforrorrora Locust appeals in this civil case, arguing that the district court improperly failed to grant his motion for default. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*